NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FANTASIA TRADING LLC, DBA ANKERDIRECT,**
*Appellant*

**v.**

**COGNIPOWER, LLC,**
*Appellee*

---

2022-2008, 2022-2010

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-00067, IPR2021-00071.

---

**JUDGMENT**

---

FRANK SCHERKENBACH, Fish & Richardson P.C., Boston, MA, argued for appellant. Also represented by BRIAN P. BOYD, Atlanta, GA; MICHAEL R. HEADLEY, Redwood City, CA; JOHN WINSTON THORNBURGH, San Diego, CA; HOWARD G. POLLACK, Power Integrations, San Jose, CA.

PHILIP J. WARRICK, Irell & Manella LLP, Washington, DC, argued for appellee. Also represented by JASON SHEASBY, Los Angeles, CA; JONATHAN M. LINDSAY, Newport Beach, CA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and BENCIVENGO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 9, 2024
Date

Jarrett B. Perlow
Clerk of Court